UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS MACKENZIE,<br><br>  Petitioner,<br><br>  v.<br><br>PAM AHLIN, Director, California State Hospitals,<br><br>  Respondent. | No. 2:15-cv-01254 AC P<br><br><br>ORDER |

     Petitioner proceeds pro se with an application to proceed in forma pauperis and a petition for writ of habeas corpus under 28 U.S.C. § 2241. Petitioner, who is currently detained at Coalinga State Hospital, is challenging civil detention proceedings under California's Sexually Violent Predator Act that are currently pending against him in Orange County, California. Petitioner states that federal authorities have suspended his deportation proceedings pending the conclusion of these state proceedings.

     Petitioner's place of detention is within the jurisdiction of this court's Fresno division. However, petitioner is attempting to challenge proceedings that are pending in Orange County, which is within the jurisdiction of the United States District Court for the Central District of California. Because witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Orange County, this action will be transferred to the

1 | Central District.  See 28 U.S.C. § 2241(d) (courts with concurrent jurisdiction under Section 2241
2 | may transfer the action to the alternate jurisdiction "in furtherance of justice"); see also Braden v.
3 | 30th Judicial Circuit Court, 410 U.S. 484, 499 n.15 (1973) (the most convenient forum is
4 | generally the district in which petitioner's detainer was lodged).

Accordingly, in furtherance of justice, IT IS HEREBY ORDERED that:

1. This court has not ruled on petitioner's application to proceed in forma pauperis; and

2. This matter is transferred to the United States District Court for the Central District of California.

DATED: June 22, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE